FILED _____ ENTERED
LODGED _____ RECEIVED

JAN 19 2006　DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY　　　　　　　　　　　　　DEPUTY

06-CV-00095-CMP

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST, INC., a Washington corporation,　　Plaintiff,　v.　DARON RUTTER, an individual, and JOHN DOES 1-10,　　Defendants. | Civil Action No. CV6 0095 RSM　COMPLAINT FOR MISAPPROPRIATION OF TRADE SECRETS, COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGEMENT, BREACH OF CONTRACT, AND UNJUST ENRICHMENT |

Plaintiff Wizards of the Coast, Inc. ("Wizards") hereby alleges as follows:

## I. NATURE OF THE CASE

1. This action results from Defendants' blatant misappropriation and use of some of Wizards' most valuable assets -- its confidential and trade secret information regarding future releases of its trading card game Magic: The Gathering® ("Magic").

2. Defendant Daron Rutter ("Rutter") has repeatedly and unlawfully obtained and disclosed confidential and trade secret information regarding Magic on the website located at http://www.mtgsalvation.com ("MTG Salvation"). Indeed, the MTG Salvation website has a section dedicated to "Spoilers & Rumors"—priding itself on acquiring and divulging secrets of future Magic products while they are still in development.

COMPLAINT - 1
K:\35089\00009\RJD\RJD_P22S1

ORIGINAL

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623 7022

3. The disclosure of confidential and trade secret information about future Magic products is damaging to the game and to the brand. It undermines both the development process and the brand message to consumers and fans of the game. Wizards brings this suit to address its losses and prevent the willful infringement of its valuable intellectual property rights. Defendants' willful and malicious misappropriation has caused and will continue to cause irreparable and continuing harm to Wizards.

## II. JURISDICTION AND VENUE

4. This is an action for trade secret misappropriation under the Uniform Trade Secrets Act (R.C.W. 19.108 *et seq.*), copyright infringement and contributory infringement under the Copyright Act (17 U.S.C. § 501 *et. seq.*), breach of contract, and unjust enrichment.

5. This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 and has personal jurisdiction over Defendants Rutter and John Does 1-10 because the defendants conduct business and/or have substantial contacts within this judicial district.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## III. THE PARTIES

7. Wizards is a Washington corporation, maintaining its principal place of business at 1600 Lind Ave. S.W., Renton, WA 98055. Wizards is a worldwide leader in the trading card and role-playing game categories, and a leading developer and publisher of game-based entertainment products. Wizards is perhaps best known for its premier trading card game, Magic.

8. Defendant Rutter is an individual residing in Vancouver, British Columbia, Canada. Rutter resells Magic cards at the website located at http://www.rancoredelf.com. Rutter is also an administrator and/or operator of the MTG Salvation website, among

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

other websites. MTG Salvation is neither sponsored nor endorsed by Wizards, but offers a variety of articles about Magic and includes online message boards that are posted to and read by Magic players worldwide.

9. Wizards is unaware of the true names and capacities of defendants sued herein as DOES 1 - 10, inclusive, and therefore sues these defendants by such fictitious names. Wizards will amend this complaint to allege their true names and capacities when ascertained. The Doe defendants are the individuals whom Wizards believes provided certain confidential information and trade secrets to Rutter, contributed to the infringement of Wizards' copyrights, and breached contracts that they may have had with Wizards. Wizards is informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for certain occurrences herein alleged, and that Wizards' injuries as herein alleged were proximately caused by such defendants. These fictitiously named defendants, along with Rutter, are herein referred to collectively as "Defendants."

## IV. STATEMENT OF FACTS

10. In 1993, Wizards created a new game category – trading card games – with the release of Magic, a trading card game that allows players to do battle in an imaginary realm using elaborately illustrated playing cards. Wizards holds an exclusive patent on trading card games and their method of play. Today, more than 6 million players worldwide enjoy the challenge, strategy and dynamic play of Magic.

11. Trading card games typically are played by two or more players, each of whom has his or her unique library of cards from which s/he creates a deck of cards to play the game. In addition to original illustrations, cards contain written instructions directing how they can be played. Cards have different values that impact their usefulness in game play. While some cards are rare, others are common or uncommon. Players can

COMPLAINT - 3

K:\36089\00009\RJD\RJD_P22S1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

purchase starter game sets, theme decks and booster packs to construct their libraries of cards.

12. Wizards is the sole and exclusive owner of copyrights in its Magic trading card game expansion sets. For example, Wizards holds valid Copyright Registrations in the Magic expansion card sets titled Saviors of Kamigawa (Copyright Reg. VA-1-326-611), Betrayers of Kamigawa (VA-1-296-726), and Ravnica: City of Guilds (VA-1-330-944). Each Magic expansion set is derivative of prior Magic expansion sets.

13. Wizards releases new Magic expansion sets approximately four times per year. Each expansion set is developed by employees of Wizards' research and development department approximately twelve to eighteen months in advance of the planned release date. Because Magic involves a high-level of strategic thinking and each new card added to the game impacts game play, the properties of each card in expansion sets are reviewed and studied in great detail, and are play-tested extensively, in secret, by both Wizards' employees and select groups of third-party play testers.

14. Wizards takes many steps to protect its confidential information and trade secrets. Among other efforts, Wizards has nondisclosure agreements with all employees and third parties who are given access to Wizards' confidential information and trade secrets. In addition, Wizards limits the number of employees with access to sensitive and confidential information, requires all employees to wear identification badges that permit access to Wizards' offices, and password protects its computers.

15. In 2005, Wizards began work on a new Magic expansion set codenamed "SNAP." "SNAP" is planned for release in the fall of 2006. As with all expansion set development, Wizards identified and engaged external play testers to test and provide feedback to Wizards on the game play of SNAP.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

16. In the summer of 2005, Wizards entered into nondisclosure agreements with each SNAP play tester and then provided each play tester with confidential and trade secret game materials that enabled them to play SNAP with each other. SNAP play testers were directed to keep all game materials confidential, to only play with other official play testers, and to limit communications about SNAP to other official play testers and certain Wizards employees. The confidential game materials provided to play testers are different than those used internally by Wizards, such that the play testers' game materials are readily identifiable as having been provided to, and used by, them.

17. On or about December 4, 2005, Rutter posted scanned images of three confidential and trade secret Magic play test cards from the SNAP expansion set on the MTG Salvation website. Wizards did not provide Rutter with such cards or images. Rutter accurately identified these cards as being SNAP play test cards.

18. The play test cards shown in Rutter's postings to MTG Salvation appear identical to confidential and trade secret game materials provided to SNAP play testers by Wizards that are covered under their nondisclosure agreements. Indeed, the card images could have only been obtained through improper means on the part of Rutter and/or others. Wizards believes, and on that basis alleges, that the Doe defendants provided those confidential and trade secret play test cards to Rutter.

19. The posting of the play test card images on a public message board that is widely read by Wizards' customers and fans significantly damages Wizards. By disclosing features of a Magic expansion set several months before its planned release, the value of the new cards and expansion set to which they belong is diminished. Because play test cards are subject to revisions following the receipt of play testers' feedback, it is essential that they remain confidential. Play test cards that prove unsuccessful in testing may threaten the commercial success of the new set if customers learn about those cards

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

or the feedback associated with those cards. In addition, the disclosure of play test cards is damaging to the sales of Magic cards currently on sale because Wizards conducts carefully-timed marketing campaigns to support the release of each expansion set. Leaks in advance of release prematurely redirect customer attention away from the current expansion set on the market, and deprive Wizards of valuable marketing opportunities related to the launch of an expansion set.

20. Rutter's misappropriation and unlawful use of confidential and trade secret information is extensive. For example, on or about November 15, 2005, Rutter posted to MTG Salvation the planned trade name for the SNAP expansion set. Wizards did not provide Rutter with this information. Indeed, this information could have only been obtained through improper means on the part of Rutter and/or others. The posting of the upcoming expansion set name of Magic cards on a public message board that is well read by the Magic community damages Wizards by disclosing confidential and trade secret information about upcoming cards and the possible direction of the game.

21. On or about December 22, 2005 and January 6, 2006, Rutter posted on MTG Salvation numerous confidential and trade secret details of Magic cards to be released in late January 2006 as part of the Magic expansion set titled Guildpact. Wizards did not provide Rutter with this information and did not consent or provide permission to Rutter to disclose that information. The posting of information about these unreleased cards from Magic's Guildpact expansion set on a public message board that is well read by the Magic community damages Wizards by disclosing confidential and trade secret information about upcoming cards and the possible direction of the game.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## COUNT I
## MISAPPROPRIATION OF TRADE SECRETS UNDER R.C.W. 19.108

22. Wizards realleges and incorporates paragraphs 1-21 of this Complaint as if fully set forth herein.

23. The name of an unreleased Magic expansion set, images of Magic play test cards, and card information regarding the unreleased Guildpact expansion set are trade secrets of Wizards because that information derives economic value from not being known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from their disclosure or use.

24. Wizards takes many steps to maintain the secrecy of its trade secrets, including the names of upcoming expansion card sets, play test cards, and card information regarding the unreleased expansion sets. Among other efforts, Wizards has nondisclosure agreements with those who have access to their trade secrets, requiring those employees and play test groups to maintain the secrecy and confidentiality of those trade secrets.

25. Rutter posted the name of an upcoming expansion set of cards, play test cards, and information from the unreleased Guildpact expansion card set on the MTG Salvation website without Wizards' consent. Rutter knew or had reason to know that this information was acquired from a person who had a duty to Wizards to maintain the secrecy of that information.

26. Rutter acquired Wizards' trade secrets knowing, or having reason to know, that the trade secrets were acquired by improper means and/or that disclosure of these trade secrets was without the express or implied consent of Wizards.

27. The Doe defendants disclosed Wizards' trade secrets to Rutter without the express or implied consent of Wizards, knowing, at the time they disclosed the trade

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

secrets, that they owed a duty to Wizards to maintain the secrecy and/or limit the use of those trade secrets.

28. Defendants' willful and malicious misappropriation has caused and will continue to cause damage to Wizards in an amount to be proven at trial. Wizards is also entitled to injunctive relief under the Act.

## COUNT II
## COPYRIGHT INFRINGEMENT

29. Wizards realleges and incorporates paragraphs 1-28 of this Complaint as if fully set forth herein.

30. Wizards holds registered copyrights for its Magic card sets.

31. The Magic play test cards and information contained in the cards of the unreleased Guildpact expansion set that were displayed on the MTG Salvation website are derivative works of Wizards' copyrighted material.

32. Rutter has reproduced, distributed, and/or displayed Wizards' Magic play test cards and information contained in the unreleased Guildpact expansion card set. Rutter does not hold a license to make any use of Wizards' copyrighted material contained in the play test cards or unreleased expansion sets, and therefore Rutter's actions constitute copyright infringement in violation of the Copyright Act of 1976, 17 U.S.C. §106.

33. The Doe defendants have reproduced, distributed, and/or displayed Wizards' Magic play test cards and information contained in the unreleased Guildpact expansion card set. The Doe defendants do not hold a license to make any use of Wizards' copyrighted material, including the play test cards or unreleased expansion sets, other than the use described in the nondisclosure agreement that they have with Wizards. The Doe defendants do not have the right to reproduce, distribute or display the play test

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

cards or any other of Wizards' copyrighted material. The Doe defendants' actions constitute copyright infringement in violation of the Copyright Act of 1976, 17 U.S.C. §106.

34. Defendants' infringing activity has caused and will continue to cause damage to Wizards in an amount to be proven at trial. Wizards is also entitled to injunctive relief under the Copyright Act.

## COUNT III
## CONTRIBUTORY INFRINGEMENT

35. Wizards realleges and incorporates paragraphs 1-34 of this Complaint as if fully set forth herein.

36. Wizards holds registered copyrights for its Magic card sets.

37. The Magic play test cards and the information contained in cards of the unreleased Guildpact expansion set, which were reproduced, distributed, and/or displayed by Defendants, are derivative works of Wizards' copyrighted material.

38. Defendants, with knowledge of infringement, induced, caused or materially contributed to the infringement of another.

39. Defendants' infringing activity has caused and will continue to cause damage to Wizards in an amount to be proven at trial. Wizards is also entitled to injunctive relief under the Copyright Act.

## COUNT IV
## BREACH OF CONTRACT

40. Wizards realleges and incorporates paragraphs 1-39 of this Complaint as if fully set forth herein.

41. The Doe defendants have nondisclosure agreements with Wizards. The defendants have breached those agreements by disclosing confidential information in violation of the terms of those agreements.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

42. As a result of the Doe defendants' breach, Wizards has been damaged in an amount to be proven at trial.

## COUNT V
## UNJUST ENRICHMENT

43. Wizards realleges and incorporates paragraphs 1-42 of this Complaint as if fully set forth herein.

44. As a result of Defendants' aforementioned acts, Defendants have been unjustly enriched.

45. Defendants should be required to disgorge their unjust enrichment.

WHEREFORE, Wizards respectfully prays that this Court:

1. Issue a permanent injunction, enjoining and prohibiting Defendants, their agents, servants, employees, officers, attorneys, successors and assigns from reproducing, distributing, and/or displaying Wizards trade secrets or confidential and proprietary information;

2. Require Defendants to account to Wizards for all profits and damages resulting from the activities complained of in this Complaint;

3. Order an award of attorneys' fees and costs to Wizards as provided by § 505 of the Copyright Act, or as otherwise provided by the law;

4. Order an award of attorneys' fees and costs to Wizards as provided by the Uniform Trade Secrets Act, R.C.W. 19.108.040;

5. Order an award of compensatory damages in an amount to be proved at trial, or in the alternative, for an award of statutory damages; and

6. Order such other and further relief as this Court deems appropriate.

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 19th day of January, 2006.

PRESTON GATES & ELLIS LLP

By _____
Robert J. Dziclak, WSBA #26178
Kristin J. Boraas, WSBA #32015
Preston Gates Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail: robertd@prestongates.com

Attorneys for Plaintiff Wizards of the Coast, Inc.

COMPLAINT - 11

K:\35089\00009\RJD\RJD_P22S1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022