Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DARON RUTTER, an individual, and JOHN DOES 1-10,<br><br>Defendants. | Case No. C06-0095M<br><br>ORDER DISMISSING DEFENDANT DARON RUTTER FROM LAWSUIT |

Pursuant to the parties' Stipulated Motion for Dismissal of Defendant Daron Rutter. the Court **ORDERS**,

That defendant Daron Rutter is dismissed with prejudice and without cost to any party; the remaining defendants are not dismissed.

DATED this __11_ day of April, 2006.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANT
DARON RUTTER FROM
LAWSUIT - 1
Case No. CV06-0095 RSM

K:\35089\00009\KJB\KJB_P219L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

s/Robert J. Dzielak, WSBA #26178
s/Kristin J. Boraas, WSBA #32015
PRESTON GATES & ELLIS LLP
925 Fourth Ave., Suite 2900
Seattle, WA  98104
Telephone:	(206) 623-7580
Facsimile:	(206) 623-7022
Email:	robertd@prestongates.com
	kristinb@prestongates.com
Attorneys for Plaintiff
Wizards of the Coast, Inc.


Approved as to Form;
Approved for Entry:

s/Jay Shergill, CA. SBN. 219189
P. O. Box 20980
Oakland, WA  94620-0980
Telephone:	(510) 547-3322
Email:	Shergill@Lawyer.com
Attorneys for Defendant Daron Rutter

ORDER DISMISSING DEFENDANT
DARON RUTTER FROM
LAWSUIT - 2
Case No. CV06-0095 RSM

K:\35089\00009\KJB\KJB_P219L

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022